People v R.V. (2025 NY Slip Op 07110)

People v R.V.

2025 NY Slip Op 07110

Decided on December 18, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: December 18, 2025

Before: Kern, J.P., Scarpulla, Friedman, Shulman, Rosado, JJ. 

Ind No. 70718/21|Appeal No. 5429|Case No. 2024-01633|

[*1]The People of the State of New York, Appellant,
vR.., Defendant-Respondent.

Alvin L. Bragg, Jr., District Attorney, New York (David Gagne of counsel), for appellant.
Caprice R. Jenerson, Office of the Appellate Defender, New York (Ronald Zapata of counsel), for respondent.

Order, Supreme Court, New York County (Brendan T. Lantry, J.), entered on or about January 31, 2024, which granted defendant's CPL 210.40 motion to dismiss the indictment as against him in furtherance of justice, unanimously affirmed.
After considering the relevant factors set forth in CPL 210.40, the court providently exercised its discretion in dismissing the indictment in furtherance of justice (see People v Colon , 86 NY2d 861, 863 [1995]; People v Rickert , 58 NY2d 122, 128 [1983]). Among other things, the court recognized that defendant purchased the false Covid-19 vaccination card to maintain his employment during the pandemic, where he served as an essential worker during its worst days. Moreover, the court properly found
that defendant's actions caused no specific or societal harm.
We have considered the People's remaining arguments and find them unavailing. THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: December 18, 2025